467 A.2d 1307

**COMMONWEALTH of Pennsylvania**

v.

**Linda DINCEL, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 1, 1983.

Decided Dec. 8, 1983.

Neil E. Jokelson, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Gaele McLaughlin Barthold, Eric B. Henson, Asst. Dist. Attys., Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

The appeal is dismissed as having been improvidently granted.